Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; LOUD RECORDS LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4849 JW HRL

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>        Plaintiffs,<br>v.<br>JOHN DOE,<br>        Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    The following companies are parents of, or partners in Plaintiff WARNER BROS.
7 RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
8 Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
9 publicly traded in the U.S.
10    The following companies are parents of, or partners in Plaintiff LOUD RECORDS LLC:
11 SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Sony Music
12 Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US
13 Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly
14 traded. Sony Corporation is publicly traded in the U.S.
15    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
16 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
17 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
18 publicly traded. Vivendi S.A. is publicly traded in France.
19    The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
20 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
21 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
22 Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
23 which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.
24    The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
25 Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
26 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
27 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
28 Corporation is publicly traded in the U.S.

1  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
2  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
3  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
4  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
5  Corporation is publicly traded in the U.S.
6  The following companies are parents of, or partners in Plaintiff MOTOWN RECORD
7  COMPANY, L.P.: UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music
8  Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I
9  Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of
10 which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

11 Dated: September 20, 2007                    HOLME ROBERTS & OWEN LLP

13                                              By: _____
14                                              MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs
15                                              WARNER BROS. RECORDS INC.;
                                                LOUD RECORDS LLC; UMG
16                                              RECORDINGS, INC.; ARISTA
                                                RECORDS LLC; BMG MUSIC; SONY
17                                              BMG MUSIC ENTERTAINMENT; and
18                                              MOTOWN RECORD COMPANY, L.P.