1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; LOUD
7  RECORDS LLC; UMG RECORDINGS, INC.;
   ARISTA RECORDS LLC; BMG MUSIC; SONY
8  BMG MUSIC ENTERTAINMENT; and
   MOTOWN RECORD COMPANY, L.P.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>     Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>     Defendant. | CASE NO. C 07-04849 JW<br><br>**Honorable James Ware**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04849 JW
#35081 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant John Doe, also identified as ID #116128992 with IP address 138.202.222.153 2007-01-26 17:47:51 EST, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Dated:  January 23, 2008

HOLME ROBERTS & OWEN LLP

By:  _____*/s/ Matthew Franklin Jaksa*__
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.;
LOUD RECORDS LLC; UMG
RECORDINGS, INC.; ARISTA
RECORDS LLC; BMG MUSIC; SONY
BMG MUSIC ENTERTAINMENT; and
MOTOWN RECORD COMPANY, L.P.